IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                                                                               **PLAINTIFF**

v.                                          Case No. 3:22-cv-00147-LPR

**LESLIE RUTLEDGE,**
**Arkansas Attorney General**                                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 7th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).